IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE PLUMMER, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:24-cv-9-KAP |
| WALLACE ZITZINGER, *et al.*, | : |
|     Defendants | : |

<u>Memorandum Order</u>

Plaintiff, not proceeding *in forma pauperis*, must serve the defendants as provided in Fed.R.Civ.P. 4. Under Rule 4(m):

If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff must effect proper service under Rule 4 on defendants and make proof of service under Rule 4(l)(1) on or before May 7, 2024, or the complaint will be dismissed without prejudice as provided in Rule 4(m) as to any defendant not served. If plaintiff wants the Marshal to make service (at plaintiff's expense) on the defendants, he should file a motion requesting an order to that effect.

The administrative orders entered previously in this case are vacated as premature. If upon service of the defendants, counsel think a status conference would be helpful, they should contact my courtroom deputy to schedule that.

DATE:  February 5, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel