**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHANE A. PLUMMER,                        )
                                         )
    Plaintiff,                           )
                                         )          Civil Action No. 3:24-cv-9
v.                                       )
                                         )
WALLACE LITZINGER,                       )
                                         )          Magistrate Judge Peter E. Ormsby
    Defendant.                           )

**<u>MEMORANDUM ORDER</u>**

In this action pursuant to 42 U.S.C. § 1983, Plaintiff avers that while he was incarcerated, Defendant Litzinger, a corrections officer, caused him physical, emotional, and psychological harm.[1] Before the Court is "Plaintiff's Third Motion of Intent to Proceed to Avoid Dismissal, to Lift the Stay, and to Direct Defendant to File an Answer." ECF No. 28.

By Order dated June 13, 2024, this matter was stayed as to Defendant "until the court is notified…that Litzinger is no longer entitled to the protection of the Servicemembers Civil Relief Act." Subsequently, by Order dated March 31, 2026, Plaintiff was directed to file a status report regarding efforts to ascertain Defendant's location and military status by April 30, 2026.

Plaintiff now asserts that Defendant is no longer on active-duty status and requests that the stay be lifted. Plaintiff has submitted records indicating that Defendant's active duty ended on August 21, 2025. Plaintiff's Motion will be granted, to the extent that the stay will be lifted.

Plaintiff also requests the Court to "direct Defendant Litzinger to file an answer to Plaintiff's pending Complaint." However, it is unclear from the record whether this Defendant

---

[1]Cambria County was dismissed as a defendant by Order dated June 13, 2024.  Defendant Litzinger is the sole Defendant remaining in this matter.

1

was properly served, particularly given that he was apparently out of the country when service was attempted. Given this uncertainty about whether the Defendant is properly before the Court, Plaintiff's request that the Court direct him to file an answer is denied.

Accordingly, it is hereby ORDERED that Plaintiff's motion to end stay (ECF 28) is GRANTED in part to the extent that the stay previously entered in this case is lifted and DENIED as to other requested relief.

AND NOW, this 26th day of May 2026, IT IS SO ORDERED.

BY THE COURT:

_____

Peter E. Ormsby
United States Magistrate Judge

2